# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY N. TOUCHSTONE, an individual, and VALERIE F. TOUCHSTONE, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, N.A. F/K/A COUNTRYWIDE BANK, FSB; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOAN SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP; FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE and Does 1 – 10, inclusive, <br><br> Defendants | CASE NUMBER: <br> **1:11-cv-01967-LJO-SMS** <br><br><br><br><br><br><br><br><br><br> **ORDER RE: REQUEST FOR DISMISSAL** |

The Court, having considered the Plaintiff's Request for Dismissal, hereby DISMISSES this entire action without prejudice.

IT IS SO ORDERED.

Dated: __December 21, 2011__        __/s/ Lawrence J. O'Neill__
                                                                  UNITED STATES DISTRICT JUDGE