**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY N. TOUCHSTONE, an individual, and VALERIE F. TOUCHSTONE, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A. F/K/A COUNTRYWIDE BANK, FSB; BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOAN SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP; FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE and Does 1 – 10, inclusive,<br><br>Defendants | CASE NUMBER:<br>**1:11-cv-01967-LJO-SMS**<br><br><br><br><br><br>**ORDER RE: REQUEST FOR DISMISSAL** |

The Court, having considered the Plaintiff's Request for Dismissal, hereby DISMISSES this entire action without prejudice.

IT IS SO ORDERED.

Dated:   **December 21, 2011**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE